STATE OF MINNESOTA

IN SUPREME COURT

A14-0889



OFFICE OF
APPELLATE COURTS

JUN 26 2014

FILED

In re Petition for Disciplinary Action against
Roland James Theiler, a Minnesota Attorney,
Registration No. 196101.

ORDER

The Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action and a supplementary petition for disciplinary action against respondent Roland James Theiler. The Director has also filed an application for suspension under Rule 12(c)(1), Rules on Lawyers Professional Responsibility, based upon evidence that respondent cannot be found in the state to respond to these petitions.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that respondent Roland James Theiler is suspended from the practice of law. Within 1 year from the date of this order, respondent may move the court for vacation of the order of suspension and for leave to answer the petition for disciplinary action and the supplementary petition for disciplinary action. If respondent fails to appear in this matter within 1 year of the date of the filing of this order, the allegations of the petition for disciplinary action and the supplementary petition for disciplinary action shall be deemed admitted.

Dated: June 26, 2014

BY THE COURT:

_Alan C. Page_
Alan C. Page
Associate Justice

2